IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) | |
| ------------------------------------------------ | ) | |
| THIS DOCUMENT RELATES TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND | ) | CIVIL ACTION NO. MDL 875 |
| ------------------------------------------------ | ) | |
| MARY EICHELKRAUT, et al., | ) | CIVIL ACTION NO. MDL 875 |
| Plaintiff | ) | C.A. NO. 00-6197L |
| v. | ) | |
| ACandS, INC., et al., | ) | |
| Defendants | ) | |

MOTION TO DISMISS

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendant Owens-Illinois, Inc. hereby moves that this action as it relates to it be dismissed with prejudice and without costs. Plaintiff has no objection to the granting of this Motion and Plaintiff's attorney has seen and agreed to this Motion.

Dated:

Donnie Young, Esq.
Early, Ludwick & Sweeney
One Century Tower
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

Peter J. Rubin, Esq.
Bernstein, Shur Sawyer & Nelson
100 Middle Street
P. O. Box 9729
Portland, ME 04104