IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

District of Rhode Island

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) | |
| THIS DOCUMENT RELATES TO: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND | ) | CIVIL ACTION NO. MDL 875 |
| MARY EICHELKRAUT, et al., Plaintiff | ) | CIVIL ACTION NO. MDL 875<br>C.A. NO. 00-619L |
| v. | ) | |
| ACandS, INC., et al., Defendants | ) | |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the Motion to Dismiss is granted with prejudice and without costs as to the claims of the Estate of Gertrude Eichelkraut against defendant Owens-Illinois, Inc.

[redacted]: DATED:

ENTER:
Ronald R. Lagueux
Sr. USDJ 12/4/07

JAMES T. GILES, J.

## CERTIFICATE OF SERVICE

I, Peter J. Rubin, do hereby certify that on this day of 2007, a copy of the foregoing Motion to Dismiss was sent to all counsel of record.

Peter J. Rubin